# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No. 4:17-cv-03767 <br><br> Judge Keith P. Ellison |

**[PROPOSED] ORDER APPROVING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a), OR, IN THE ALTERNATIVE, TO DISMISS CASE PURSUANT TO F.R.C.P. RULE 12(b)(6)**

Having considered Defendant Bank of America, N.A.'s motion to transfer venue pursuant to 28 U.S.C. § 1404(a), or, in the alternative, to dismiss case pursuant to F.R.C.P. Rule 12(b)(6), the pleadings and papers filed in support of and in response to the Motion, the documents and records in the Court's file, and argument of counsel,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the action is transferred to the Southern District of New York.

IN THE ALTERNATIVE, IT IS HEREBY ORDERED that the Motion is GRANTED, and the action is dismissed.

**IT IS SO ORDERED.**

SIGNED in Houston, Texas on this ____ day of _____, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE